IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORTHERN NATURAL GAS COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV316 |
| v. | ) ) | |
| TEKSYSTEMS GLOBAL APPLICATIONS OUTSOURCING, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

The Clerk's Office has requested that Document Number 12 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 12 from the record.

DATED this 10th day of August, 2005.

BY THE COURT:


s/David L. Piester
*United States Magistrate Judge*