IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORTHERN NATURAL GAS COMPANY, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV316 |
| | ) | |
| v. | ) | |
| | ) | |
| TEKSYSTEMS GLOBAL APPLICATIONS OUTSOURCING, L.L.C., a Maryland limited liability company, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut-based insurance company, | ) | |
| | ) | ORDER |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P. 26(f)</u> and, by August 31, 2005, file their Report of Parties' Planning Conference.

DATED August 12, 2005.

/s/ David L. Piester

United States Magistrate Judge
