IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORTHERN NATURAL GAS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv316 |
| | ) | |
| v. | ) | |
| | ) | |
| TEKSYSTEMS GLOBAL APPLICATIONS OUTSOURCING, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by October 11, 2005, file their Report of Parties' Planning Conference.

DATED September 23, 2005.

/s/  *David L. Piester*
United States Magistrate Judge