IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORTHERN NATURAL GAS COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:05cv316 |
| v. | ) ) | |
| TEKSYSTEMS GLOBAL APPLICATIONS OUTSOURCING, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The Clerk's Office has requested that Document Number 23 and 24 be stricken from the record for the following reason(s):

- Duplicate document of number 14 and 15.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 23 and 24 from the record.

DATED this 23rd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge