```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NORTHERN NATURAL GAS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV316 |
| | ) | |
| v. | ) | |
| | ) | |
| TEKSYSTEMS GLOBAL APPLICATIONS OUTSOURCING, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The unopposed motion of defendant Travelers Casualty & Surety Company of America to amend answer, filing 43, is granted and the amended answer shall be filed forthwith.

DATED this 13th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge