```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

NORTHERN NATURAL GAS COMPANY, )
a Delaware corporation, )
                              )        8:05CV316
         Plaintiff, )
                              )
    v.                        )
                              )        ORDER
TEKSYSTEMS GLOBAL             )
APPLICATIONS OUTSOURCING,     )
L.L.C., a Maryland limited    )
liability company, and        )
TRAVELERS CASUALTY & SURETY   )
COMPANY OF AMERICA, a         )
Connecticut-based insurance   )
company,                      )
                              )
         Defendants. )

IT IS ORDERED:

The parties' request for additional time, filing 46, is granted and the parties are given to March 30, 2006 to report to the court on their mediation plans.

DATED this 2nd day of March, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge