```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NORTHERN NATURAL GAS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV316 |
| | ) | |
| v. | ) | |
| | ) | |
| TEKSYSTEMS GLOBAL APPLICATIONS OUTSOURCING, L.L.C., a Maryland limited liability company, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut-based insurance company, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to amend complaint and reply to counterclaim, filing 68, is granted and the amended complaint and amended reply to counterclaim shall be filed forthwith.

DATED this 9th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge