IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
NORTHERN NATURAL GAS COMPANY,      )
a Delaware Corporation,            )
                                   )
               Plaintiff,          )       8:05 CV 316
                                   )
     v.                            )
                                   )
                                   )
TEKSYSTEMS GLOBAL APPLICATIONS,    )       ORDER
OUTSOURCING, L.L.C., A Maryland    )
Limited Liability Company, and     )
TRAVELERS CASUALTY & SURETY        )
COMPANY OF AMERICA, A Connecticut- )
based Insurance Company,           )
                                   )
               Defendants.         )
```

A hearing on the plaintiff's oral motion to compel production of documents in connection with plaintiff's Rule 30(b)(6) deposition of the defendant was held before me on June 27, 2006. Following the discussion and the arguments of counsel, I made the ruling which appears below.

IT THEREFORE HEREBY IS ORDERED:

1. The following documents shall be available or present at the deposition June 28, 2006:

    (a) Those documents, not claimed privileged or work product, which are responsive to the notice of deposition and have not previously been produced;

    (b) Those documents used by a witness to refresh recollection or that are manifestations of prior statements of the witness;

With respect to any documents not produced on the ground that they are work product or privileged, defendant shall produce a record of the basis for the contention of priviledge, with the information required to be disclosed by the progression order, filing 26, paragraph 4. With respect to documents claimed by the

defendant to have been previously produced, counsel shall provide the applicable bates stamp number of each such document.

IT THEREFORE HEREBY IS ORDERED:

DATED June 28, 2006

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge