```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NORTHERN NATURAL GAS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV316 |
| | ) | |
| v. | ) | |
| | ) | |
| TEKSYSTEMS GLOBAL | ) | MEMORANDUM AND ORDER |
| APPLICATIONS OUTSOURCING, and | ) | |
| TRAVELERS CASUALTY & SURETY | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendants have filed motions for leave to file a responsive pleading to plaintiff's first amended complaint. Filings 74 and 75. The plaintiff has advised the court that it has no objection to these motions.

The plaintiff has moved for a ten-day extension of the parties' expert disclosure deadlines. Filing 80. Since such an extension will not necessitate delaying either the pretrial conference or trial of this case, I conclude the extension should be granted.

IT THEREFORE HEREBY IS ORDERED:

1. Defendants' motions for leave to file a responsive pleading to plaintiff's first amended complaint, filings 74 and 75, are granted. Defendants' responsive pleading shall be filed on or before July 20, 2006.

2. The plaintiff's motion for an extension of the expert disclosure deadline, filing 80, is granted. Plaintiff's expert disclosure shall be made on or before July 11, 2006. The defendants' expert disclosure shall be made on or before August 10, 2006. Disclosure of an rebuttal expert opinions or expert witnesses shall be made on or before August 21, 2006.

3.  All other provisions of the court's progression order, filing 32, remain in effect.

DATED this 3rd day of July, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge