IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY, a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>TEKSYSTEMS GLOBAL APPLICATIONS OUTSOURCING, L.L.C., a Maryland limited liability company, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut-based Insurance company,<br><br>                Defendants. | Case No. 8:05CV316<br><br>**ORDER** |

IT IS ORDERED :

Defendants' Motion to Extend Deadlines Related to Expert Witnesses, filing 107, is granted and the following deadlines now apply:

    A.    August 28, 2006 for Defendants' Rule 26(a)(2) disclosures;

    B.    September 11, 2006 for disclosure of rebuttal experts or opinions; and

    C.    September 15, 2006 deadline for *Daubert* motions.

DATED this 3rd day of August, 2006.

                BY THE COURT

                s/ *David L. Piester*
                David L. Piester
                United States Magistrate Judge

OM-224111-1