```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

NORTHERN NATURAL GAS COMPANY, )
a Delaware corporation, )
                                        )         8:05CV316
         Plaintiff, )
                                        )
    v. )
                                        )    MEMORANDUM AND ORDER
TEKSYSTEMS GLOBAL )
APPLICATIONS OUTSOURCING, )
L.L.C., a Maryland limited )
liability company, and )
TRAVELERS CASUALTY & SURETY )
COMPANY OF AMERICA, a )
Connecticut-based insurance )
company, )
                                        )
         Defendants. )

     A telephonic hearing was held before me this date on the oral motion of TEKsystems Global Applications Outsourcing to compel production of documents reviewed by Northern Natural Gas Company's designated witness prior to his deposition under Fed. R. Civ. P. 30(b)(6). The witness testified that he had reviewed certain documents in preparing for the deposition, at least some of which are claimed by the plaintiff to be protected by the work product rule. Not having had an opportunity to see the documents at the center of the dispute, the court was unable to rule on the pivotal issue at the time of the hearing. Instead, the matter will be resolved in accordance with the following:

     IT THEREFORE HEREBY IS ORDERED,

     1. The plaintiff shall forthwith identify to opposing counsel each document reviewed by the designated witness prior to the deposition and withheld from production, and shall, with respect to each, provide the information required to be disclosed pursuant to paragraph 4 of the initial scheduling order in this

case, filing 26.  In addition, each such withheld document shall be provided to the undersigned for *in camera* review.

    2.  The parties may, but are not required to, file briefs or submit letter briefs to the undersigned regarding the issues presented.

    DATED this 8th day of August, 2006.

                      BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge