IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NORTHERN NATURAL GAS COMPANY,  )
                               )
            Plaintiff,         )          8:05CV316
                               )
        v.                     )
                               )
TEKSYSTEMS GLOBAL              )          ORDER
APPLICATIONS OUTSOURCING, and  )
TRAVELERS CASUALTY & SURETY    )
COMPANY OF AMERICA,            )
                               )
            Defendants.        )
                               )

Upon the plaintiff's unopposed oral motion,

IT IS ORDERED:

1.   The pretrial conference previously scheduled before the
     undersigned on September 21, 2006 is continued to
     September 25, 2006 at 10:00 a.m., and all scheduling
     order deadlines which are based on the date of the
     pretrial conference are adjusted accordingly.

2.   The deadline for filing a motion regarding the
     admissibility of expert testimony under <u>Daubert v.
     Merrell Dow Pharmaceuticals</u>, 509 U.S. 579 (1993) is
     continued to September 18, 2006.

3.   All other scheduling order deadlines, including the
     date set for trial, remain in effect.

DATED this 6th day of September, 2006.

                    BY THE COURT:

                    s/ *David L. Piester*

                    David L. Piester
                    United States Magistrate Judge