```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

NORTHERN NATURAL GAS COMPANY,       )
                                    )
                Plaintiff,           )          8:05CV316
                                    )
        v.                           )
                                    )
TEKSYSTEMS GLOBAL                    )          ORDER
APPLICATIONS OUTSOURCING,            )
L.L.C., a Maryland limited           )
liability company, and               )
TRAVELERS CASUALTY & SURETY          )
COMPANY OF AMERICA, a                )
Connecticut-based insurance          )
company,                             )
                                    )
                Defendants.          )

    IT IS ORDERED:

    The parties' joint stipulation regarding fees and expenses, filing 160, is approved and no payment of fees or expenses based upon the order of September 6, 2006 (filing number 154) will be ordered.

    DATED September 18, 2006.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge