```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NORTHERN NATURAL GAS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV316 |
| | ) | |
| v. | ) | |
| | ) | |
| TEKSYSTEMS GLOBAL | ) | ORDER |
| APPLICATIONS OUTSOURCING, and | ) | |
| TRAVELERS CASUALTY & SURETY | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff has filed a motion to compel. Filing 217. In addition to attorney fees, the motion seeks an order "[p]rohibiting TEK GAO's use in its case-in-chief, rebuttal, or impeachment, of any data or documents on Defendant's Exhibit Nos. 1194 and 1208 that are not already specifically designated on the exhibit list." The trial of this case is scheduled to commence on October 16, 2006.

IT THEREFORE HEREBY IS ORDERED: The defendant shall file its response to the plaintiff's motion for sanctions, filing 217, on or before 1:00 p.m. on September 29, 2006.

DATED this 27th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge