IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORTHERN NATURAL GAS COMPANY, | ) ) ) | 8:05CV316 |
| Plaintiff, | ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| TEKSYSTEMS GLOBAL APPLICATIONS OUTSOURCING, LLC, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that the parties shall appear before the undersigned District Judge at 9:00 a.m. on Wednesday, October 4, 2006, in Courtroom No. 1 at the United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, to take up the pending motions in limine, trial scheduling issues, and such other matters as may be deemed appropriate under Rule 16 of the Federal Rules of Civil Procedure.

    Four hours have been reserved for this hearing and conference.

    September 27, 2006.           BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  United States District Judge