IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORTHERN NATURAL GAS COMPANY, | ) ) ) | 8:05CV316 |
| Plaintiff, | ) ) | **MEMORANDUM AND ORDER** |
| vs. | ) ) | |
| TEKSYSTEMS GLOBAL APPLICATIONS OUTSOURCING, LLC, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

After hearing the parties by phone conference regarding defendants' renewed motion in limine,

IT IS ORDERED that:

1. The renewed motion in limine (filing 257) is denied.

2. The plaintiff shall (A) provide to defendants, no later than 12:00 midnight October 11, 2006, a written report disclosing all factual findings from any new investigations that may be used by plaintiff's experts in rebuttal; and (b) starting October 12, 2006, make available for deposition all persons who conducted such new investigations.

October 11, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge